In the Matter of ALEX PISCIOTTA et al., Respondents, v. RONALD P. DENDIEVEL, as Clerk of the Village of Lake Grove, et al., Appellants.—

No opinion. Rabin, P. J., Hopkins, Munder, Martuscello and Christ, JJ., concur.